June 27, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

PATRICK KAPTCHINSKIE AND LAURA KAPTCHINSKIE, Appellants

NO. 14-15-01080-CV            V.

THE ESTATE OF CHARLES O. KIRCHNER, DECEASED, Appellee

_____

This cause, an appeal from the judgment signed October 9, 2015 in favor of appellee, the Estate of Charles O. Kirchner, Deceased—a misnomer for Mira Huffman, in her capacity as independent administratrix of Charles Kirchner's estate—was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants Patrick Kaptchinskie and Laura Kaptchinskie jointly and severally to pay all costs incurred in this appeal.

We further order this decision certified below for observance.